```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION

LINDA J. HART, et al.          §
                               §
V.                             §   CIVIL ACTION NO. 4:14-CV-660-Y
                               §
NORDSTROM, et al.              §
```

## ORDER OVERRULING OBJECTIONS, ADOPTING MAGISTRATE JUDGE'S DECISION, REQUIRING FILING FEE AND AMENDED COMPLAINT & DENYING PENDING MOTIONS

On August 18, 2014, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court deny Plaintiffs' motion to proceed in forma pauperis. Plaintiffs timely filed objections.

After review, the Court concludes that Plaintiffs' objections should be OVERRULED and the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Accordingly, Plaintiffs' motion to proceed in forma pauperis (doc. 2) is DENIED. If Plaintiffs desire to pursue their claims, they shall pay to the clerk of Court the filing and administrative fees of $400.00 no later than **September 12, 2014**. Failure to pay these fees will result in the dismissal of Plaintiffs' case under Federal Rule of Civil Procedure 41(b).

Further, Document 4, Notice and Instruction to Pro Se Party, filed August 14, required Plaintiffs to register as electronic-case filers (ECF) within 14 days pursuant to Local Civil Rule 5.1(e). Plaintiffs' deadline for registering was August 28. Plaintiffs'

deadline to register for ECF is extended to no later than **September 12**, or they must manually file a motion for ECF exemption by that date. Such motion must comply with Federal Rule of Civil Procedure 5(d).

Finally, the Court notes that Plaintiffs' complaint does not comply with Federal Rule of Civil Procedure 8(a)(1) or (3). If Plaintiffs desire to pursue their claims in this forum, they shall also file, no later than **September 12**, an amended complaint that fully complies with Federal Rule of Civil Procedure 8(a). Because the Court has directed Plaintiffs to file an amended complaint, their numerous motions to add claims and parties (docs. 9, 10, 11, 12, 13, 14) are DENIED as MOOT.

SIGNED September 5, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj                                   2